855 A.2d 759

COMMONWEALTH of Pennsylvania, Appellant,

v.

Harry Dorwart BLEACHER, III, Appellee.

Nos. 87 & 88 MAP 2003.

Supreme Court of Pennsylvania.

Submitted Jan. 13, 2004.

Decided Aug. 18, 2004.

Donald R. Totaro, Janna Rae Steinruck, for Com. of Pa.

Daniel Evan Kaye, James Jude Karl, for Harry Dorwart Bleacher, III.

Before CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, BAER, JJ.

## *ORDER*

PER CURIAM.

**AND NOW,** this 18th day of August, 2004, the order of the Lancaster County Court of Common Pleas is reversed insofar as it declared the Registration of Sexual Offenders Act unconstitutional, and the case is remanded for further proceedings. *See Commonwealth v. Williams,* 574 Pa. 487, 832 A.2d 962 (2003); *Commonwealth v. Maldonado,* 576 Pa. 101, 838 A.2d 710 (2003).

Justice EAKIN did not participate in the consideration or decision of this case.